Filing # 225112412 E-Filed 06/12/2025 12:55:12 PM

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA**

JOHN LYNES,

Plaintiff, Case No.: 16-2025-CA-003217-AXXX-MA

v.

POMEROY TECHNOLOGIES, LLC,

Defendant.

__________________________________/

## AMENDED COMPLAINT

**COMES NOW** Plaintiff, JOHN LYNES, by and through undersigned counsel, sues Defendant POMEROY TECHNOLOGIES, LLC ("Defendant" or "Pomeroy") and alleges:

### JURISDICTION, VENUE, AND PARTIES

1. This is an action for damages exceeding Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. This Court has jurisdiction over this action pursuant to Florida Statutes § 26.012.

3. Venue is proper in Duval County, Florida, pursuant to Florida Statutes § 47.011, as Plaintiff resides in Duval County and the events giving rise to this action occurred in part in Duval County.

4. Plaintiff, JOHN LYNES, is a natural person and resident of Duval County, Florida.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 06/13/2025 10:49:22 AM

5. At all times material hereto, Defendant POMEROY TECHNOLOGIES, LLC was a limited liability company organized under the laws of Kentucky with its principal place of business at 1050 Elijah Creek Road, Hebron, Kentucky 41048.

6. Pomeroy conducted substantial business activities in Florida, including employing Florida residents and providing employee benefits to Florida residents, thereby subjecting itself to the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

***Employment Relationship and Benefits***

7. From September 2020 through September 16, 2022, Plaintiff was employed by Pomeroy as a Senior Systems Analyst in Pomeroy's Jacksonville, Florida operations.

8. Plaintiff's employment with Pomeroy was governed by written employment documentation, employee handbook provisions, and established company policies regarding employee benefits.

9. As part of his employment compensation, Pomeroy provided Plaintiff with group health insurance benefits through an employer-sponsored health plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA").

10. Pomeroy served as both the plan sponsor and plan administrator for the group health plan, making it a fiduciary under ERISA with respect to plan administration and participant communications.

11. The health insurance benefits constituted a material component of Plaintiff's overall compensation package and were specifically referenced in Plaintiff's employment documentation as part of his total compensation.

***Business Transition Decision***

12. In August 2022, Pomeroy decided to eliminate approximately 1,000 information technology positions, including Plaintiff's position, as part of a corporate restructuring.

13. Rather than terminate these employees directly, Pomeroy arranged for affected employees to be offered positions with Tata Consultancy Services Limited Inc. ("TCS") as part of a coordinated business transition.

14. Pomeroy coordinated this transition to avoid severance costs and maintain business relationships, while presenting the arrangement to employees as beneficial to their continued employment.

15. Plaintiff's final day of employment with Pomeroy was scheduled for Friday, September 16, 2022, with a scheduled start date with TCS of Monday, September 19, 2022.

***Representations Regarding Insurance Continuity***

16. During the transition process in August and September 2022, Pomeroy made material representations to Plaintiff and other transitioning employees regarding the continuity of their health insurance coverage.

17. These representations were made through multiple communications including company meetings, written materials, and direct communications from Pomeroy's human resources department.

18. Specifically, Pomeroy represented to Plaintiff that his health insurance coverage would continue without interruption through the transition period to ensure seamless coverage.

19. Pomeroy represented that coordination had been arranged to prevent any gap in coverage during the transition from Pomeroy employment to TCS employment.

20. These representations were material to Plaintiff's decision to participate in the transition rather than seeking alternative employment, and Pomeroy made these representations knowing that employees would rely on them in making employment decisions.

21. Based on these representations, Plaintiff reasonably relied on having continuous health insurance coverage during the transition period.

***The Medical Emergency***

22. On Friday, September 16, 2022, during Plaintiff's final day of Pomeroy employment, Plaintiff experienced a medical emergency requiring immediate hospitalization.

23. At approximately 7:00 PM, Plaintiff developed severe swelling in his right arm accompanied by concerning symptoms that required emergency medical attention.

24. Plaintiff presented to HCA Florida Memorial Hospital emergency department and was admitted for treatment, providing his Pomeroy insurance information based on his reasonable belief that he had active coverage.

25. Plaintiff remained hospitalized from September 16 through September 18, 2022, receiving necessary medical treatment.

26. During his hospitalization, Plaintiff reasonably believed he had active health insurance coverage based on Pomeroy's representations regarding coverage continuity.

***Discovery of Coverage Termination***

27. Contrary to Pomeroy's representations, Pomeroy had terminated Plaintiff's health insurance coverage effective September 16, 2022, creating a gap in coverage during Plaintiff's medical emergency.

28. Pomeroy did not provide Plaintiff with advance notice that his insurance coverage would terminate on September 16, 2022, despite having made representations about coverage continuity.

29. Plaintiff discovered that his coverage had been terminated only after receiving medical bills indicating that his insurance claims had been denied for lack of coverage.

30. The termination of coverage on September 16, 2022, with TCS coverage not beginning until September 19, 2022, created precisely the coverage gap that Pomeroy had represented would not occur.

***COBRA Compliance Failures***

31. Following the termination of Plaintiff's employment and health benefits on September 16, 2022, Pomeroy failed to comply with its obligations under the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). See **Exhibit "A"** Cobra Letter.

32. Pomeroy, as plan administrator, was required under 29 U.S.C. § 1166(a)(4) to notify the plan administrator (itself) of Plaintiff's qualifying event and under 29 U.S.C. § 1166(c) to provide Plaintiff with a COBRA election notice within 14 days of the qualifying event.

33. Pomeroy failed to provide Plaintiff with timely COBRA election notice as required by federal law.

34. When Plaintiff eventually received COBRA-related materials approximately six weeks after his qualifying event, they were deficient and did not comply with the content requirements specified in 29 C.F.R. § 2590.606-4.

35. Pomeroy's COBRA violations deprived Plaintiff of his right to timely elect continuation coverage during the critical period when he needed medical care.

***Damages***

36. As a direct result of the lack of insurance coverage during his hospitalization, Plaintiff incurred medical expenses totaling $8,525.73, consisting of: a. Ashchi Heart & Vascular Center: $774.00 b. Mori, Bean and Brooks (MBB) Radiology: $1,322.00 c. HCA Florida Memorial Hospital: $4,093.55 d. UF Health Jacksonville: $194.18 e. Team Health (Memorial Hospital): $2,142.00

37. These medical expenses remain unpaid and have been sent to collection, damaging Plaintiff's credit and causing ongoing financial harm.

38. Plaintiff has suffered additional damages including emotional distress and financial hardship as a result of the unexpected medical bills and collection efforts.

**COUNT I - BREACH OF CONTRACT**

39. Plaintiff realleges and incorporates paragraphs 1-38 as if fully set forth herein.

40. A valid employment contract existed between Plaintiff and Pomeroy, evidenced by written employment documentation, employee handbook provisions, and the established course of dealing between the parties.

41. This contract included Pomeroy's obligation to provide health insurance benefits as part of Plaintiff's compensation package.

42. The contract included implied terms requiring Pomeroy to: (a) provide reasonable notice before terminating benefits; (b) deal fairly and in good faith with respect to employee benefits; and (c) provide accurate information regarding benefit arrangements, particularly during employment transitions.

43. Pomeroy breached the employment contract by: (a) terminating Plaintiff's health insurance coverage without reasonable advance notice; (b) making misrepresentations about coverage continuity; and (c) failing to coordinate benefits as represented during the transition period.

44. Plaintiff performed his obligations under the employment contract and was not terminated for cause.

45. As a direct and proximate result of Pomeroy's breach, Plaintiff suffered damages including medical expenses of $8,525.73, credit damage, and consequential damages.

**WHEREFORE**, Plaintiff demands judgment against Pomeroy for compensatory damages, consequential damages, pre-judgment interest, costs, and such other relief as this Court deems just and proper.

## COUNT II - NEGLIGENT MISREPRESENTATION

46. Plaintiff realleges and incorporates paragraphs 1-38 as if fully set forth herein.

47. In the course of the employment transition, Pomeroy owed Plaintiff a duty of reasonable care in providing information about insurance coverage continuity.

48. This duty arose from: (a) the employment relationship and Pomeroy's role as plan administrator; (b) Pomeroy's superior knowledge regarding insurance arrangements; (c) Pomeroy's voluntary undertaking to provide information about the transition; and (d) Plaintiff's reasonable reliance on Pomeroy's representations.

49. Pomeroy negligently supplied false information by representing that Plaintiff's insurance coverage would continue without interruption when Pomeroy knew or should have

known that coverage would terminate on September 16, 2022, creating a gap before TCS coverage began.

50. Pomeroy failed to exercise reasonable care by: (a) making representations about coverage continuity without verifying the accuracy of those representations; (b) failing to disclose the actual termination date of coverage; and (c) failing to inform Plaintiff of the coverage gap.

51. Plaintiff justifiably relied on Pomeroy's representations in deciding to participate in the transition and in seeking medical care based on his reasonable belief that he had insurance coverage.

52. Plaintiff's reliance was reasonable given Pomeroy's superior knowledge of the insurance arrangements and its role as plan administrator.

53. As a direct and proximate result of Plaintiff's reasonable reliance on Pomeroy's negligent misrepresentations, Plaintiff suffered damages of $8,525.73 in medical expenses plus additional consequential damages.

**WHEREFORE**, Plaintiff demands judgment against Pomeroy for compensatory damages, consequential damages, pre-judgment interest, costs, and such other relief as this Court deems just and proper.

## COUNT III - VIOLATIONS OF COBRA

54. Plaintiff realleges and incorporates paragraphs 1-38 as if fully set forth herein.

55. Pomeroy is an "employer" subject to COBRA requirements under 29 U.S.C. § 1161 et seq., having employed 20 or more employees and sponsored a group health plan.

56. Plaintiff was a "qualified beneficiary" under the Pomeroy group health plan within the meaning of 29 U.S.C. § 1167(3).

57. Plaintiff's termination of employment on September 16, 2022, constituted a "qualifying event" under 29 U.S.C. § 1163(2).

58. As plan administrator, Pomeroy was required under 29 U.S.C. § 1166(c) to provide Plaintiff with a COBRA election notice within 14 days of the qualifying event.

59. Pomeroy failed to provide Plaintiff with timely COBRA election notice as required by federal law.

60. When COBRA materials were eventually provided, they failed to comply with the content requirements of 29 C.F.R. § 2590.606-4.

61. Under 29 U.S.C. § 1132(c)(1), Pomeroy is liable for statutory penalties of up to $110 per day for each day of violation.

62. Pomeroy's violations have continued from September 16, 2022, through the present, exceeding 860 days.

63. As a direct result of Pomeroy's COBRA violations, Plaintiff suffered injury including: (a) loss of opportunity to elect COBRA coverage during his medical emergency; (b) medical expenses that would have been covered under COBRA; and (c) credit damage and financial hardship.

**WHEREFORE**, Plaintiff demands judgment against Pomeroy for: A. Statutory penalties under 29 U.S.C. § 1132(c)(1) of $110 per day for each day of violation; B. Compensatory damages of $8,525.73; C. Attorney's fees and costs under 29 U.S.C. § 1132(g)(1); D. Such other relief as the Court deems proper.

## COUNT IV - BREACH OF FIDUCIARY DUTY (ERISA)

64. Plaintiff realleges and incorporates paragraphs 1-38 as if fully set forth herein.

65. Pomeroy was a fiduciary under 29 U.S.C. § 1002(21) with respect to the group health plan, serving as both plan sponsor and plan administrator.

66. As a fiduciary, Pomeroy owed Plaintiff duties of loyalty and prudence under 29 U.S.C. § 1104(a).

67. Pomeroy breached its fiduciary duties by: (a) providing misleading information about benefit continuation that served Pomeroy's business interests rather than participants' interests; (b) failing to provide timely and accurate COBRA notices; and (c) terminating coverage without proper procedures during a business transition.

68. These breaches were committed with knowledge of their adverse impact on plan participants.

69. As a direct result of these fiduciary breaches, Plaintiff suffered damages of $8,525.73 plus consequential damages.

**WHEREFORE**, Plaintiff demands judgment against Pomeroy for compensatory damages, consequential damages, attorney's fees under 29 U.S.C. § 1132(g)(1), costs, and such other relief as the Court deems proper.

## DEMAND FOR NON-JURY TRIAL

Plaintiff hereby demands a non-jury trial on all issues so triable.

**DATED:** June 12th, 2025

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Award Plaintiff compensatory damages of at least $8,525.73;

B. Award Plaintiff statutory penalties under COBRA of $110 per day for each day of violation; C. Award Plaintiff consequential damages;

D. Award Plaintiff pre-judgment and post-judgment interest;

E. Award Plaintiff reasonable attorney's fees and costs where authorized by law;

F. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: */s/ David Alvarez, Esq.*
Florida Bar No. 1054426
Attorney for Plaintiff

**WHITE & TWOMBLY, P.A.**
9999 NE 2nd Avenue, Suite 306
Miami Shores, Florida 33138
Telephone: (786) 502-2038
robert@whitetwombly.com
david@whitetwombly.com
paralegalryt@whitetwombly.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via the Florida Courts E-Filing Portal to all parties listed on the service list on this 12th day of June, 2025.

By: *<u>/s/ David Alvarez, Esq.</u>*
Florida Bar No. 1054426
*Attorney for Plaintiff*

**EXHIBIT A**

WEX Health, Inc.
PO Box 2079
Omaha, NE 68103-2079

wex

07/12/10 09:30 3 0000259 20220928 SI9WW202 WXDD-D2 2 oz DOM SI9WW20000* 159772 DD

9/28/2022

JOHN LYNES
6003 LAKE RIDGE AVE
JACKSONVILLE FL 32211-3935

Dear John Lynes:

**IMPORTANT INFORMATION: COBRA Continuation Coverage and other Health Coverage Alternatives**

**This letter contains important information about your COBRA continuation coverage rights as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage. For more information on the Health Insurance Marketplace go to www.HealthCare.gov or call 1-800-318-2596. Please read the information in this notice very carefully before you make your decision. If you choose to elect COBRA continuation coverage, you should use the COBRA Continuation Election Form accompanying this letter or one of the other methods described in the Election Form.**

**Su cobertura de seguro de salud que Usted tenía por medio de su compañía ha sido cancelada. Este aviso contiene un resumen en inglés de sus derechos para elegir a continuar su cobertura de seguro de salud. Si Usted tiene dificultad para entender cualquier parte de este aviso, debería llamar al (866) 451-3399 durante el horario de 6:00 AM a 9:00 PM lunes a viernes, a excepción de días festivos.**

You are receiving this letter because on 9/16/2022 you experienced an event of a/an Termination - Involuntary which constitutes a qualifying event under the Pomeroy Technologies LLC group health plan(s) ("the plan"). As a result, your coverage, and that of your covered dependent(s), if any, will end on the date(s) set forth on the COBRA Continuation Election Form accompanying this letter.

Federal law requires that most group health plans (including this plan) give employees and their families the opportunity to continue their health care coverage through COBRA when there is a "qualifying event" that would result in a loss of coverage under an employer's plan.

**COBRA Continuation Coverage**
COBRA continuation coverage is the same coverage that the plan gives to other participants or beneficiaries under the plan who are not receiving continuation coverage. Each qualified beneficiary who elects COBRA continuation coverage will have the same rights under the plan as other participants or beneficiaries covered under the plan. Depending on the type of qualifying event, "qualified beneficiaries" can include the employee (or former employee or retired employee) covered under the group health plan, the covered employee's spouse, and the dependent children of the covered employee.

**Review Your COBRA Options Online**
You can review your COBRA options by logging into **https://cobra.discoverybenefits.com** or by downloading the Discovery Benefits COBRA mobile app. You will need your registration code found in your **New Member Login Notice** located in this packet in order to log in.

**How to Elect COBRA Coverage**
Instructions for electing COBRA continuation coverage are provided in the enclosed COBRA Election Form.

**Other Coverage Options Besides COBRA Continuation Coverage**

Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Some of these options may cost less than COBRA continuation coverage. You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible. When you lose job-based health coverage, it is important that you choose carefully between COBRA continuation coverage and your other coverage options because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

**Cost of COBRA Continuation Coverage**
Each qualified beneficiary must pay the entire cost of continuation coverage plus an administrative fee, where applicable. This amount may not exceed 102% (or, in the case of an extension of continuation coverage due to a disability, 150%) of the total cost of coverage for a similarly situated plan participant or beneficiary who is not receiving COBRA continuation coverage. The required monthly payment for each option is described in the enclosed COBRA Election Form.

Other coverage options may cost less. If you choose to elect continuation coverage, you don't have to send any payment with the Election Form. Important information about paying your premium is provided below and in the COBRA Election Form. **You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** You can learn more about the Marketplace below.

**Payment of COBRA Coverage Premiums**
First payment for COBRA continuation coverage
You must make your first payment for COBRA continuation coverage no later than 45 days after the date of your election. (This is the date your COBRA Election Form is postmarked, if mailed.) If you do not make your first payment in full no later than 45 days after the date of your election, you will lose all COBRA continuation coverage rights under the plan. Your first payment must cover the cost of COBRA continuation coverage from the time your coverage under the plan was lost through the end of the month, as well as any premiums that become due prior to the end of the 45-day period. You are responsible for making sure that the amount of your first payment is correct. You may contact WEX Health, Inc. at (866) 451-3399 to confirm the correct amount of your first payment.

Monthly payments for COBRA continuation coverage
After you make your first payment for COBRA continuation coverage, you must make monthly payments for each subsequent month of COBRA continuation coverage. The current amount of this premium is explained in the enclosed COBRA Election Form. The premium may change in the future. Under the plan, each of these monthly payments for COBRA continuation coverage is due on the first day of the month for that month's coverage period. Thus, if you make a monthly payment on or before the first day of the month for the month to which it applies, your coverage under the plan will continue for that month without any break. The plan will not send monthly notices of payments due for these coverage periods

Grace periods for monthly payments
Although monthly payments are due on the first day of each month, you will be given a grace period of 30 days after the first day of the month to make each monthly payment. The grace period does not apply for purposes of your first payment as discussed above. However, if you pay a monthly payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the month, your coverage under the plan will be suspended as of the first day of the month and then retroactively reinstated (going back to the first day of the month) when the monthly payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated. If you fail to make a monthly payment before the end of the grace period for that month, you will lose all rights to COBRA continuation coverage under the plan. Payments postmarked after the grace period are late. Late payments will not be accepted, and coverage will terminate with no possibility of reinstatement. Proof of timely payment is your responsibility.

**Length of COBRA Coverage Period**
If elected, COBRA continuation coverage can last for a maximum continuation period described in the enclosed COBRA Election Form, beginning on the date of your qualifying event or loss of coverage, whichever is later.

Generally, in the case of a loss of coverage due to the end of employment or reduction in hours of employment, if elected, COBRA continuation coverage may be continued up to a total of 18 months. If, however, you become (or became) entitled to Medicare benefits less than 18 months before your termination or reduction in hours of employment, your spouse and dependents may be entitled to continue COBRA coverage up to the greater of either: (a) 36 months from the date of your Medicare entitlement; or (b) 18 months from the date of your qualifying event, or loss of coverage, whichever is later. For example, if you become entitled to Medicare eight months before the date on which your employment terminates, COBRA coverage for your spouse and eligible dependents can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months). **If you think this extension may apply, you should notify WEX Health, Inc..**

**How Can You Extend the Length of COBRA Continuation Coverage?**

If you elect COBRA continuation coverage and your initial qualifying event is the covered employee's termination or reduction in hours of employment, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify WEX Health, Inc. in writing of a disability or a second qualifying event in order to extend the period of COBRA continuation coverage. Failure to provide notice of a disability or second qualifying event will eliminate the right to extend the period of COBRA continuation coverage.

If your spouse or dependent children are qualified beneficiaries and they experience another qualifying event while receiving 18 months (or 29 months in the case of a disability extension, discussed below) of COBRA continuation coverage, they may be allowed up to 36-months of COBRA continuation coverage. A second qualifying event may include your death, divorce or legal separation or becoming entitled to Medicare benefits (under Part A, Part B, or both) or your dependent child's ceasing to be eligible for coverage as a dependent under the plan. These events extend the original maximum continuation period of COBRA continuation coverage only if they would have caused your spouse or dependent child(ren), if any, to lose coverage under the plan if the original qualifying event had not occurred. To receive this extension, you and/or your spouse and dependent child(ren), must notify WEX Health, Inc. in writing within 60 days of the occurrence of these events. If you fail to provide timely notice of a second qualifying event, your notification will be rejected and any additional COBRA continuation coverage beyond the original 18-month (or 29-month) period will not be offered.

**Social Security Disability Determination**

If it is determined that you or any other qualified beneficiary in your family (e.g., your spouse or dependent child(ren), if any) was determined to be disabled (by the Social Security Administration) at any time during the first 60 days of COBRA coverage or before COBRA continuation coverage began and the individual is still disabled at the end of the original maximum continuation period of coverage (generally 18 months), the original maximum COBRA continuation period may be extended up to an additional 11 months for all qualified beneficiaries who elected COBRA continuation coverage on account of the initial qualifying event. This extension only applies if WEX Health, Inc. is notified in writing before the end of the initial maximum COBRA period (generally 18 months) and within 60 days of the later of: (1) the date the qualified beneficiary is notified of the disability determination by the Social Security Administration; (2) the date you terminated or reduced your hours of employment; and (3) the date on which coverage would be lost under the plan as a result of your termination or reduction in hours of employment. If timely written notice of the disability determination is not provided, the notification will be rejected and any additional COBRA continuation coverage beyond the original 18-month period will not be offered. If the qualified beneficiary is no longer considered disabled, any COBRA continuation coverage extended beyond the 18-month limit that would otherwise apply will be terminated for the disabled qualified beneficiary and all related qualified beneficiaries. Federal law requires that you notify WEX Health, Inc. of a determination by the Social Security Administration that you, your spouse, or dependent child(ren) are no longer disabled within 30 days of such a determination. For more information about extending the length of COBRA continuation coverage visit https://www.dol.gov/agencies/ebsa/workers-and-families/changing-jobs-and-job-loss.

**Early Termination of COBRA Coverage**

COBRA continuation coverage may terminate for the qualified beneficiary early if:(1) The required premium payment is not paid when due; (2) After the date of the COBRA election the qualified beneficiary becomes covered under another group health plan; (3) After the date of the COBRA election the qualified beneficiary becomes entitled to Medicare benefits (including Medicare Part A, Part B, or both); (4) All of Pomeroy Technologies LLC group health plans are terminated; (5) If coverage is extended an additional 11 months due to disability, a final determination by the Social Security Administration that the individual is no longer disabled; (6) COBRA continuation coverage may also be terminated for any reason the plan would terminate coverage of a participant or beneficiary not receiving COBRA continuation coverage (such as fraud). Qualified beneficiaries must notify WEX Health, Inc. promptly if, after electing COBRA, they become covered under another group health plan or become entitled to Medicare. If this notice is not timely and properly provided, the qualified beneficiary's COBRA continuation coverage may be terminated retroactively, and the qualified beneficiary may be required to repay a portion of the benefits received.

**Trade Act Adjustment Assistance**

Special COBRA rights may apply if you lose coverage because of termination of employment or a reduction in hours of employment and you qualify for a "trade readjustment allowance" or "alternative trade adjustment assistance" under a federal law called the Trade Act of 2002. Generally, in this situation, you may be entitled to a second opportunity to elect COBRA continuation coverage for yourself and certain family members, but only within a limited period of 60 days (or less) and only during the six months immediately after your initial loss of coverage. You may also be eligible to take a tax credit or get an advance payment of 72.5% of premiums paid for COBRA continuation coverage. You must contact the Plan Administrator promptly after qualifying for assistance under the Trade Act or you may lose these special COBRA rights. More information can be found by visiting www.doleta.gov/tradeact/ or www.irs.gov/HCTC, or by contacting the Plan Administrator.

**Special Rule for Employees in the Uniformed Services**

If you are an employee and your coverage under the plan terminates due to your service in the uniformed services, you may elect special continuation coverage under the Uniformed Services Employment and Reemployment Rights Act (USERRA) for yourself and your covered spouse and covered dependents. This special continuation of coverage may extend for up to 24 months beginning from the date your plan coverage would otherwise terminate due to your service in the uniformed services. Service in the uniformed services includes your performance of duty on a voluntary or involuntary basis in the Armed Forces (including the Coast Guard and the Reserves), the Army National Guard, the Air National Guard, and the commissioned corps of the Public Health Service. If you believe this special continuation of coverage rule applies to you, please contact the Plan Administrator.

**What is the Health Insurance Marketplace?**

The Marketplace offers "one-stop shopping" to find and compare private health insurance options. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and cost-sharing reductions (amounts that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP). You can access the Marketplace for your state at www.HealthCare.gov. Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage. Being offered COBRA continuation coverage won't limit your eligibility for coverage or for a tax credit through the Marketplace.

**When can I enroll in Marketplace coverage?**

You always have 60 days from the time you lose your job-based health coverage to enroll in the Marketplace. That is because losing your job-based health coverage is a "special enrollment" event. **After 60 days your special enrollment period will end and you may not be able to enroll, so you should take action right away.** In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage. To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit www.HealthCare.gov.

**If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace? What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?**

If you sign up for COBRA continuation coverage you can switch to a Marketplace plan during a Marketplace open enrollment period. You can also end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period." Be careful though – if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended. If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**Can I enroll in another group health plan?**
You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage. If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

**Can I enroll in Medicare instead of COBRA continuation coverage after my group health plan coverage ends?**

In general, if you don't enroll in Medicare Part A or B when you are first eligible because you are still employed, after the initial enrollment period for Medicare Part A or B, you have an 8-month special enrollment period to sign up, beginning on the earlier of the month after your employment ends or the month after group health plan coverage based on current employment ends. These rules are different for people with End Stage Renal Disease (ESRD). For more information visit https://www.medicare.gov/sign-up-change-plans/how-do-i-get-parts-a-b/part-a-part-b-sign-up-periods.

If you don't enroll in Medicare Part B and elect COBRA continuation coverage instead, you may have to pay a Part B late enrollment penalty and you may have a gap in coverage if you decide you want Part B later. If you elect COBRA continuation coverage and then enroll in Medicare Part A or B before the COBRA continuation coverage ends, the Plan may terminate your continuation coverage. However, if Medicare Part A or B is effective on or before the date of the COBRA election, COBRA coverage may not be discontinued on account of Medicare entitlement, even if you enroll in the other part of Medicare after the date of the election of COBRA coverage.

If you are enrolled in both COBRA continuation coverage and Medicare, Medicare will generally pay first (primary payer) and COBRA will pay second. Certain COBRA continuation coverage plans may pay as if secondary to Medicare, even if you are not enrolled in Medicare.

For more information visit https://www.medicare.gov/medicare-and-you.

**What factors should I consider when choosing coverage options?**
Premiums: your previous plan can charge up to 102% of total plan premiums for COBRA coverage. Other options, like coverage on a spouse's plan or through the Marketplace may be less expensive; Provider Networks: if you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network as you consider options for health coverage; Drug Formularies: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage; Severance payments: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options; Service Areas: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations; and, Other Cost-Sharing: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

**For More Information**
This notice does not fully describe COBRA continuation coverage or other rights under the plan. More information about COBRA continuation coverage and your rights under the plan is available in the summary plan description (SPD) for your group health plan (SPD) or from the Plan Administrator. You can obtain a copy of the SPD by contacting the Pomeroy Technologies LLC Human Resource Department during business hours. The SPD contains a complete description of your benefits.

If you have questions about the information in this letter or your right to COBRA continuation coverage, call 866-451-3399.

For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at (866) 444-3272. For more information about health insurance options available through a Health insurance Marketplace and to locate an assister in your area who you can talk to about the different options, visit www.healthcare.gov.

You also may be eligible for an individual policy through Mylo. Go to www.choosemylo.com/Dunning or call (877) 249-6037 for more information.

**Keep Your Plan Informed of Address Changes**

Keep WEX Health, Inc. informed of any changes in your or your family member's address. You should also keep a copy, for your records, of any notices you send to WEX Health, Inc..

Sincerely,

WEX Health, Inc.

## COBRA CONTINUATION COVERAGE ELECTION FORM

**Pomeroy Technologies LLC**

**IMPORTANT: PLEASE RETAIN A COPY OF THIS COBRA ELECTION FORM FOR FUTURE REFERENCE. THIS FORM CONTAINS INFORMATION ABOUT YOUR RIGHTS UNDER COBRA.**

You can elect COBRA continuation coverage in one of three ways – (1) you can log in to the member portal at https://cobra.discoverybenefits.com, (2) you can download the Discovery Benefits COBRA mobile app, or (3) you can complete and submit the enclosed COBRA Election Form to Discovery Benefits using the address provided below. Additional information regarding using the website or app to elect continuation coverage is provided in the New Member Welcome Letter (enclosed). Regardless of the method that you use, your election must be made no later than the Election Period End date ("Last Day to Elect") shown below. If the Election Form is mailed, it must be postmarked by the Last Day to Elect. If you do not elect COBRA continuation coverage on or before the Last Day to Elect, you will lose your right to elect coverage.

Important information about paying for continuation coverage is provided elsewhere in this letter. After electing COBRA coverage, payments can be made at https://cobra.discoverybenefits.com, through the Discovery Benefits COBRA mobile app, or by check/money order mailed to Discovery Benefits, PO BOX 2079, Omaha, NE 68103. Additional information is provided below.

Once you have elected and paid the full amount owed for COBRA continuation coverage, Discovery Benefits will send a notice to the carrier to reinstate your coverage (you must pay all premiums which have become due during your initial grace period). Please contact your carrier for any questions regarding your plan's coverage, member ID card or claims status.

**Please note: it can take up to 15 business days for the carrier to activate your coverage.

If you waive coverage under COBRA before the end of the enrollment period, you can change your mind and continue coverage by submitting your completed election form before the end of the enrollment period described below for each plan. However, if you change your mind after first waiving COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed form.

There may be other coverage options for you and your family. When key parts of the health care law take effect, you'll be able to buy coverage through the Health Insurance Marketplace. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll. Being eligible for COBRA does not limit your eligibility for coverage for a tax credit through the Marketplace. Additionally, you may qualify for a special enrollment opportunity for another group health plan for which you are eligible (such as a spouse's plan), even if the plan generally does not accept late enrollees, if you request enrollment within 30 days.

You should read the important information about your rights included with this election form. If you have questions about COBRA or need assistance to complete your election form, please contact our Customer Service Department at (866) 451-3399 during business hours.

**Qualified Beneficiary(QB):**

John Lynes
6003 Lake Ridge Avenue
Jacksonville, FL 32211

Event Date: 9/16/2022
Event Type: Termination - Involuntary
Second Event: No

COBRA gives each Qualified Beneficiary the right to elect coverage independently. You, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage. In addition, you or your spouse may elect COBRA continuation coverage on behalf of any covered dependent child(ren). For example, COBRA continuation coverage may be elected for only one, several, or for all your dependent children who are qualified beneficiaries.

**Premium Information:**

| Plan Name | Coverage Level | Pro-rated Premium | Monthly Premium |
|---|---|---|---|
| MetLife Dental Basic | QB Only | $7.16 | $15.35 |
| Bundle: Bind Medical Plan/Surgery Plus | QB Only | $220.47 | $472.45 |
| Bind Medical Plan | | | |
| Surgery Plus Bind Medical | | | |
| | **Total Premium:** | $227.63 | $487.80 |

**Continuation Information:**

| Plan Name | First Day of COBRA | Last Day of COBRA | # Months of COBRA | Last Day To Elect | Initial Grace Period Days | Subsequent Grace Period Days |
|---|---|---|---|---|---|---|
| MetLife Dental Basic | 9/17/2022 | 3/16/2024 | 18 | 11/27/2022 | 45 | 30 |
| Bundle: Bind Medical Plan/Surgery Plus | 9/17/2022 | 3/16/2024 | 18 | 11/27/2022 | 45 | 30 |

**Note:** The first day of COBRA coverage in the column above indicates the first day COBRA continuation coverage would begin if you choose to elect it. Your regular coverage from your employer terminated on the day prior to the day listed in this column.

**Election Options (Individuals Enrolled Prior to Qualifying Event):**
**Please mark your acceptance or waiver of coverage for each individual below. If no selection is made for an individual, it will be treated as a waiver of coverage for that benefit.**

**PLEASE NOTE: Omission of any required dependent information may prevent reinstatement for EVERYONE. Date of Birth, SSN, and gender are all required by your carrier.**

| Name | Relationship | Date of Birth | SSN |
|---|---|---|---|
| John Lynes | QB | 8/3/1968 | xxx-xx-7526 |
| Accept ☐ Waive ☐ MetLife Dental Basic | | | |
| Accept ☐ Waive ☐ Bundle: Bind Medical Plan/Surgery Plus | | | |

If you would like to enroll in a different coverage level, please circle the applicable premium amount below.

Dependent information is required if you are enrolling in a plan that covers dependents. Please list each of the individuals electing continuation (including yourself, if applicable) along with their social security number, date of birth, gender and plan(s). Each individual listed must have been covered immediately preceding your qualifying event. Omission of any of the requested information may delay reinstatement of coverage for everyone.

Qualified Beneficiary SSN Date of Birth Gender

1.________________________________________
Plan Name(s) Elected________________________________

2.________________________________________
Plan Name(s) Elected________________________________

3.________________________________________
Plan Name(s) Elected________________________________

4.________________________________________________
Plan Name(s) Elected______________________________________

5.________________________________________________
Plan Name(s) Elected______________________________________

Please provide an email address and phone number where you can be reached in case there are questions regarding your account: ________________________________

All correspondence and premium payments should be remitted directly to the address below. Payment must be in the form of a check or money order made payable to WEX Health, Inc.. DO NOT send cash. Payments may also be made online at https://cobra.discoverybenefits.com or through the Discovery Benefits COBRA mobile app.

WEX Health, Inc.
WEX Health
PO Box 2079
Omaha, NE 68103-2079

Please pay only the amount due. If overpayment is made and you continue your COBRA coverage, the overpayment is applied to the next month's premium. To check the status of your payments or to confirm whether your COBRA coverage is active, log in to your online account at www.discoverybenefits.com or contact us at (866) 451-3399.

Acceptance of your COBRA payment, whether by check, credit card, debit, money order or any other method of payment, does not guarantee that you have COBRA coverage. Our billing system is automated. This means that, in most cases, we will automatically accept your COBRA payment before we are able to verify whether you are eligible for COBRA coverage. Once we receive your payment, we will review our records to confirm that you are eligible for COBRA coverage.

[ ] I have read this form and the notice of my election rights. I understand my rights to elect continuation coverage and would like to take the action indicated above. I understand that if I elect continuation coverage, my continuation coverage will terminate under several circumstances according to COBRA regulations, including: non-payment of premium, the date I become covered under another Group Health Plan or become entitled to Medicare after the COBRA election, or on the date which this Group Plan ends.

I understand that future premiums are due the first of each month. I also understand that failure to pay the required premiums will result in termination of COBRA rights and coverage.

**Signature** ________________________________ **Date** ________________

*NOTE: If signature line is on a second page, be sure to include all pages of the election form. We will not be able to process your election without the entire form.

## New Member Login Notice

Our Member Portal and COBRA Mobile App are integral parts of our service offering. We have designed the Member Portal to be an information-rich and secure website, empowering you with the tools and information you need to efficiently and accurately manage your continuation under the Pomeroy Technologies LLC group health plans. Our COBRA Mobile App offers the same functionality as the Member Portal and provides quick access to your account, straight from your device. We encourage you to leverage these powerful tools at any time and from any location. Examples of information and tools you'll find on the Member Portal and mobile app include:

1. Payment Information (last received and next due)
2. Coverage Information (plans and critical dates)
3. Copies of all communications we've sent to you
4. Online payment options

Below is your unique registration code. You will need this to become an authorized user of our Member Portal and mobile app.

**Registration Code: eK66DbhM**

**To log in, visit cobralogin.wexhealth.com** and click on the "NEW USER" link to start the account registration process. For mobile app access, search for the app in your app store. Once downloaded, select the "Register Here" link and follow the registration process as described. Please note, you will be asked to provide your social security (SSN) number in order to log in.

You can now either elect through our Member Portal or our COBRA Mobile App. Online and mobile elections are available for you to elect any combination of plans for yourself and your dependents (if any) that you had before your Qualifying Event. These options are available until 11:59 PM Central Time on the Last Day to Elect listed on your COBRA Continuation Election Form. Electing online or within the mobile app is a safe, fast and secure way to ensure your elections are processed.

Please visit **https://cobralogin.wexhealth.com** or download our COBRA Mobile App to register and complete your online election today.

RECURRING AUTOMATIC PAYMENTS

Did you know you can set up recurring ACH for your monthly payments? ACH is a safe, fast and secure way to ensure your monthly payment is made on time, every time. To sign up, log in to your online account or the WEX COBRA Mobile App and enter your banking information on the Recurring Payments page.

Please be sure to confirm when your recurring ACH payments will begin before stopping other payment methods to ensure you remain current in your premium payments. Failure to do so may result in the termination of your COBRA coverage.

If you should ever have any questions or comments, please do not hesitate to contact our offices at (866) 451-3399 during business hours.

## IMPORTANT UPDATE REGARDING COBRA CONTINUATION COVERAGE

On April 28, 2020, the U.S. Department of Labor and IRS announced a temporary extension of certain deadlines for sending notifications, electing, and paying for COBRA continuation coverage during the COVID-19 outbreak. Under this temporary extension, you have extra time to send certain notifications about COBRA coverage, to elect COBRA coverage, and to make premium payments. These changes are retroactive to any deadline occurring from March 1, 2020 until 60 days after the COVID-19 National Emergency is declared over or until 12 months have passed, whichever occurs first.

**Election Period Extension**

Prior to the temporary rule change, qualified beneficiaries had 60 days from the date of the Specific Rights Notice (SRN) to elect COBRA.

With this COBRA election period extension, the period from March 1, 2020 to 60 days after the end of the National Emergency or until 12 months have passed, whichever occurs first, is disregarded in determining the end of the 60-day COBRA election period.

**Initial Payment Grace Period Extension**

Prior to the temporary rule change, qualified beneficiaries had a 45-day grace period to make an initial payment upon first electing COBRA coverage.

With this COBRA initial payment grace period extension:

- COBRA participants who elected COBRA continuation coverage within a regular 60-day election period will have until 60 days after the end of the National Emergency or until 12 months and 45 days from the date of election, whichever is earlier, to make the initial COBRA premium payment.
- COBRA participants who delayed making an election and elected COBRA continuation coverage after the regular 60-day election period will have until 60 days after the end of the National Emergency or until 12 months and 105 days from the date of the SRN, whichever is earlier, to make the initial COBRA premium payment.

Transition Relief: In no event will an initial COBRA premium payment be due before November 1, 2021, if the initial payment is made within 60 days after the end of the National Emergency or within 12 months and 45 days from the date of election, whichever is earlier.

**Monthly Premium Grace Period Extension**

Prior to the temporary rule change, COBRA participants had a 30-day grace period to pay monthly COBRA premiums in order to maintain coverage. With this COBRA grace period extension, the period from March 1, 2020 to 60 days after the end of the National Emergency or until 12 months have passed, whichever occurs first, is disregarded in determining the end of the COBRA premium payment periods.

**Second Qualifying Event and Disability Notifications**

Prior to the temporary rule change, COBRA participants had 60 days to notify WEX of a second qualifying event that would extend the COBRA coverage period from 18 months to 36 months. COBRA participants also had 60 days to notify WEX of receiving a Social Security Administration disability determination to

extend the COBRA coverage period from 18 months to 29 months. With this COBRA notification extension, the period from March 1, 2020 to 60 days after the end of the National Emergency or until 12 months have passed, whichever occurs first, is disregarded in determining the end of the required notification periods for a second qualifying event and disability determination.

**Next Steps**

The above COBRA timeframe extensions are not reflected in the attached notices or your online account, but they do apply to your account. You can find information regarding your original premium, grace period, and payment due dates in your online account. Remember that these extensions are temporary and will not apply beginning 60 days after the end of the National Emergency. You will receive notice in advance of the change. If you have any questions about when an election or payment is due, please contact our Participant Services team.

**Ongoing Payments**

Please keep in mind that the above extensions of time do not change how COBRA coverage operates. If you pay a monthly payment later than the first day of the coverage period to which it applies, your coverage under the plan will be suspended as of the first day of the month. However, if you timely pay your monthly payment (taking into account the extended time discussed in this letter), your coverage will be retroactively reinstated going back to the first day of the applicable month. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.

**Questions on Your Account?**

If you have any questions regarding your account or this notice, our Participant Services team is available to assist by email at cobraadmin@wexhealth.com, by live chat, or by calling (866) 451-3399 during business hours (Monday through Friday, 6 a.m. to 9 p.m. Central time).

For more information on this temporary extension, visit https://www.dol.gov/newsroom/releases/ebsa/ebsa20200428.

WEX Health, Inc., a WEX company